7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Valri Ellen Smith
*Debtor*

*Bankruptcy Case No.*
13–42772–drd7

**Erlene Krigel**
    Plaintiff(s)

*Adversary Case No.*
14–04116–drd

v.

**Valri Ellen Smith**
    Defendant(s)

## JUDGMENT

    The issues of this proceeding having been duly considered by the Honorable Dennis R. Dow , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

***IT IS ORDERED AND ADJUDGED***: Judgment is entered in favor of the Plaintiff and against Defendant. The Defendant is ordered to pay to Plaintiff the amount of $1,000.00, being a total of $650.00 for Plaintiffs attorneys fees, and $350.00 for Court costs. That Defendants discharge is hereby revoked. This Judgment is a final judgment for purposes of execution.

Ann Thompson
Court Executive

By: /s/ Kim McClanahan
    Deputy Clerk



Date of issuance: 10/28/14

Court to serve